**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANA - SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: REARDON, THOMAS | § | Case No. 12-08840 |
| REARDON, PAULA | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 25, 2012.  The undersigned trustee was appointed on July 25, 2012.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $              5,002.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an | |
| interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 10.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 2,574.20 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 2,417.80 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.   The deadline for filing  non-governmental claims in this case was 12/31/2012 and the deadline for filing governmental claims was 01/22/2013.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $606.95.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $606.95, for a total compensation of $606.95.[2]  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $124.45, for total expenses of $124.45.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/02/2013          By:/s/Edward P. Dechert
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | | |
|---|---|---|
| Case Number: | 12-08840 | |
| Case Name: | REARDON, THOMAS | |
| | REARDON, PAULA | |
| Period Ending: 05/02/13 | | |

| | |
|---|---|
| Trustee: | (340260)    Edward P. Dechert |
| Filed (f) or Converted (c): | 07/25/12 (f) |
| §341(a) Meeting Date: | 09/19/12 |
| Claims Bar Date: | 12/31/12 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 3 bedroom, 2 1/2 bath, 2 story, Location: 1778 C<br>Imported from original petition Doc# 1 | 120,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 3 bedroom, 1 bath, 2 story home 1414 N Morrison<br>Imported from original petition Doc# 1 | 30,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | Cash on hand.<br>Imported from original petition Doc# 1 | 25.00 | 0.00 | OA | 0.00 | FA |
| 4 | Checking Account: Financial Builders FCU<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | OA | 0.00 | FA |
| 5 | Savings Account: Financial Builders FCU<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | OA | 0.00 | FA |
| 6 | Savings Account: City of First FCU<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | OA | 0.00 | FA |
| 7 | Checking Account: Haynes International FCU<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | OA | 0.00 | FA |
| 8 | Savings Account: Haynes International FCU<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | OA | 0.00 | FA |
| 9 | Savings Account: Indiana Heartland FCU<br>Imported from original petition Doc# 1 | 25.00 | 0.00 | OA | 0.00 | FA |
| 10 | Household Goods and Furnishings.<br>Imported from original petition Doc# 1 | 800.00 | 0.00 | OA | 0.00 | FA |
| 11 | Wearing Appearal<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | OA | 0.00 | FA |
| 12 | Miscellaneous Jewelry: wedding rings<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | OA | 0.00 | FA |
| 13 | Ascension Health Investment - 403(b)<br>Imported from original petition Doc# 1 | 11,529.23 | 0.00 | OA | 0.00 | FA |
| 14 | Knights of Columbus - Roth IRA<br>Imported from original petition Doc# 1 | 2,673.23 | 0.00 | OA | 0.00 | FA |
| 15 | 2011 Dodge Journey, 10,763 miles, good condition<br>Imported from original petition Doc# 1 | 17,693.00 | 0.00 | OA | 0.00 | FA |
| 16 | 2005 Dodge Ram 1500, 36,401 miles, fair conditio<br>Imported from original petition Doc# 1 | 16,000.00 | 0.00 | OA | 0.00 | FA |

Exhibit A

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 2

| | |
|---|---|
| Case Number: | 12-08840 |
| Case Name: | REARDON, THOMAS |
| | REARDON, PAULA |
| Period Ending: | 05/02/13 |

| | |
|---|---|
| Trustee: | (340260)    Edward P. Dechert |
| Filed (f) or Converted (c): | 07/25/12 (f) |
| §341(a) Meeting Date: | 09/19/12 |
| Claims Bar Date: | 12/31/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | 2012 Federal and State Tax Refund  (u)<br>Unscheduled | 3,000.00 | 3,000.00 | | 5,002.00 | FA |
| **17** | **Assets**    **Totals** (Excluding unknown values) | **$202,295.46** | **$3,000.00** | | **$5,002.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

      5/2/13 TFR, fee app, order, stmt to ust

      4/11/13 PPR$ ltr to atty

      3/28/13 Rec'd/ev'd taxes, email to atty

      3/27/13 1st omb obj to claims filed

      3/26/13 TX Laurie at MEK's, she will email over returns

      9/27/12 Mailed IRS form

      9/27/12 Asset Report & atty ltr

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | May 31, 2012 | **Current Projected Date Of Final Report (TFR):** | May 2, 2013  (Actual) |

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 12-08840 |
| **Case Name:** | REARDON, THOMAS |
| | REARDON, PAULA |
| **Taxpayer ID #:** | **-***3013 |
| **Period Ending:** | 05/02/13 |

| | |
|---|---|
| **Trustee:** | Edward P. Dechert (340260) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****662466 - Checking Account |
| **Blanket Bond:** | $89,930,480.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/13 | {17} | Auditor, State of Indiana | 2012 state tax return | 1224-000 | 900.00 | | 900.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 890.00 |
| 04/09/13 | {17} | United States Treasury | 2012 Federal Tax REfund | 1224-000 | 4,102.00 | | 4,992.00 |
| 04/11/13 | 101 | Thomas Reardon and Paula<br>Reardon | post petition/EIC/exemptions | 8100-002 | | 2,574.20 | 2,417.80 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 5,002.00 | 2,584.20 | $2,417.80 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 5,002.00 | 2,584.20 | |
| Less: Payments to Debtors | | 2,574.20 | |
| **NET Receipts / Disbursements** | **$5,002.00** | **$10.00** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****662466** | 5,002.00 | 10.00 | 2,417.80 |
| | $5,002.00 | $10.00 | $2,417.80 |

{} Asset reference(s)

Printed: 05/02/2013 10:49 AM    V.13.13

Printed:  05/02/13 10:49 AM                                                                                                      Page:  1

# Exhibit C

### Case:  12-08840    REARDON, THOMAS

Claims Bar Date:   12/31/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Howard County Treasurer | Secured | 34-03-25-185-00 | $514.49 * | $0.00 | $0.00 |
| | 220 N Main St Rm 226 | 08/06/12 | 2.000-002 | $0.00 | | |
| | | | Object.  Claim secured by real estate which Trustee did not administer. | | | |
| | Kokomo, IN 46901 | | | | | |
| | <4120-00   Real Estate--Non-consensual Liens (judgments, mechanics liens)>,  100 | | | | | |
| 2 | Howard County Treasurer | Secured | 34-03-26-202-04 | $264.73 * | $0.00 | $0.00 |
| | 220 N Main St Rm 226 | 08/06/12 | 6.000-002 | $0.00 | | |
| | | | Object.  Claim secured by real estate which Trustee did not administer. | | | |
| | Kokomo, IN 46901 | | | | | |
| | <4120-00   Real Estate--Non-consensual Liens (judgments, mechanics liens)>,  100 | | | | | |
| 4 | TD Auto Finance LLC, fka ChryslerFin. Servs. Amer. | Secured | 3447 | $27,031.03 * | $0.00 | $0.00 |
| | | 10/05/12 | | $0.00 | | |
| | P. O. Box 9001897 | | Object.  Claim secured by real estate which Trustee did not admimnister. | | | |
| | Louisville, KY 40290-1897 | | | | | |
| | <4120-00   Real Estate--Non-consensual Liens (judgments, mechanics liens)>,  100 | | | | | |
| | | | | Case Total: | $0.00 | $0.00 |

(*) Denotes objection to Amount Filed

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-08840
Case Name: REARDON, THOMAS
Trustee Name: Edward P. Dechert

| | | | |
|---|---|---|---|
| **Balance on hand:** | | $ | 2,417.80 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 2,417.80 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Edward P. Dechert | 606.95 | 0.00 | 606.95 |
| Trustee, Expenses - Edward P. Dechert | 124.45 | 0.00 | 124.45 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 731.40 |
| Remaining balance: | $ | 1,686.40 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 1,686.40 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 1,686.40 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 62,517.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Dell Financial Services, LLC | 722.90 | 0.00 | 19.50 |
| 5 | GE Capital Retail Bank | 538.36 | 0.00 | 14.52 |
| 6 | GE Capital Retail Bank | 4,594.79 | 0.00 | 123.94 |
| 7 | GE Capital Retail Bank | 1,115.34 | 0.00 | 30.09 |
| 8 | GE Capital Retail Bank | 1,314.46 | 0.00 | 35.46 |
| 9 | GE Capital Retail Bank | 1,000.67 | 0.00 | 26.99 |
| 10 | GE Capital Retail Bank | 698.45 | 0.00 | 18.84 |
| 11 | GE Capital Retail Bank | 2,184.51 | 0.00 | 58.93 |
| 12 | GE Capital Retail Bank | 2,509.03 | 0.00 | 67.68 |
| 13 | GE Capital Retail Bank | 1,056.28 | 0.00 | 28.49 |
| 14 | PYOD, LLC its successors and assigns as assignee | 1,856.35 | 0.00 | 50.07 |
| 15 | PYOD, LLC its successors and assigns as assignee | 7,540.69 | 0.00 | 203.41 |
| 16 | PYOD, LLC its successors and assigns as assignee | 3,598.31 | 0.00 | 97.06 |
| 17 | Wells Fargo Bank NA | 5,642.67 | 0.00 | 152.21 |
| 18 | American InfoSource LP as agent for | 227.25 | 0.00 | 6.13 |
| 19 | American InfoSource LP as agent for | 591.19 | 0.00 | 15.95 |
| 20 | Capital One, N.A. | 2,553.93 | 0.00 | 68.89 |
| 21 | Capital One, N.A. | 1,115.12 | 0.00 | 30.08 |
| 22 | Capital One NA | 1,926.63 | 0.00 | 51.97 |
| 23 | Capital One, N.A. | 2,437.35 | 0.00 | 65.75 |
| 24 | Citibank, N.A. | 143.34 | 0.00 | 3.87 |
| 25 | Citibank, N.A. | 343.30 | 0.00 | 9.26 |
| 26 | Portfolio Recovery Associates, LLC | 18,806.92 | 0.00 | 507.31 |

Total to be paid for timely general unsecured claims: $        1,686.40

Remaining balance: $        0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**